1 | DEBRA WONG YANG
United States Attorney
2 | THOMAS P. O'BRIEN
Assistant United States Attorney
3 | Chief, Criminal Division
BRIAN M. HOFFSTADT (Cal. State Bar No. 187003)
4 | Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
5 |      1500 United States Courthouse
       312 North Spring Street
6 |      Los Angeles, California 90012
       Telephone:  (213) 894-6482
7 |      E-mail: brian.hoffstadt@usdoj.gov

8 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

9

FILED
CLERK, U.S. DISTRICT COURT

OCT 7 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority  ——
Send  ——
Enter  ——
Closed  ——
JS-5/JS-6  ——
JS-2/JS-3  ——
Scan Only ✓

UNITED STATES DISTRICT COURT

10

FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,  )    CR No. 05-263-SJO
                              )
13 |            Plaintiff,     )    [PROPOSED] ORDER SEALING DOCUMENT
                              )
14 |       v.                  )
                              )
15 | ANTHONY GRECO,            )
                              )
16 |            Defendant.     )
                              )

17

For good cause shown, IT IS HEREBY ORDERED THAT:

18

19 |      The government's ex parte application for sealed filing is

GRANTED.  The document sought to be filed under seal and the

20

government's ex parte application for sealed filing shall both be

21

filed under seal.

22 | DATED: ___10/06/05___

23

24

25 |                          UNITED STATES DISTRICT JUDGE

26 |      ENTERED CLERK'S

         OCT 11 2005

27

28

1 | **OR IN CASE OF DENIAL:**

2 | The government's application for sealed filing is DENIED. The

3 | underlying document and the sealing application shall be returned

4 | to the government, without filing of the documents or reflection of

5 | the name or nature of the documents on the clerk's public docket.

6 | DATED: _____

7 |

8 | _____

UNITED STATES DISTRICT JUDGE

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |                                  2

CERTIFICATE OF SERVICE

1

2   I, **YOLANDA AGUAYO**, declare:

3   That I am a citizen of the United States and

4   resident or employed in Los Angeles County, California; that my business address is the Office of

5   the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles,

6   California 90012; that I am over the age of eighteen years, and I am not a party to the above-

7   entitled action;

8   That I am employed by the United States Attorney for the Central District of California

9   who is a member of the Bar of United States District Court for the Central District of California,

10  at whose discretion I served a copy of: **(PROPOSED) ORDER SEALING DOCUMENT**

11  Service was:

12  [X]  Placed in a closed envelope,          [ ]  Placed in a sealed envelope
          for collection and interoffice delivery        for collection and mailing via
13        addressed as follows:                            United States Mail, addressed
                                                           as follows:

14  [ ]  By hand delivery addressed           [ ]  By facsimile as follows:
          as follows:
15

16  [ ]  By messenger as follows:             [ ]  By federal express as follows:

17
    HOYT SZE, ESQ.
18  Deputy Federal Public Defender
    321 East Second Street
19  Los Angeles, CA 90012

20  ROBERT RAMIREZ
    U.S. Probation Officer
21  600 United States Courthouse
    312 N. Spring Street
22  Los Angeles, CA 90012

23

24  This Certificate is executed on October 5, 2005, Los Angeles, California.

25  I certify under penalty of perjury that the foregoing is true and correct.

26

27  YOLANDA AGUAYO

28