MARIA E. STRATTON (90986)
Federal Public Defender
HOYT SZE (180716)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2854
Facsimile (213) 894-0081
E-mail Hoyt_Sze@fd.org

Attorneys for Defendant
ANTHONY GRECO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CR 05-263-SJO |
|---|---|
| Plaintiff, | **STIPULATION FOR MODIFICATION OF BOND; [PROPOSED] ORDER** |
| v. | |
| ANTHONY GRECO, | |
| Defendant. | |

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Brian Hoffstadt, and Defendant Anthony Greco, by and through his attorney of record, Deputy Federal Public Defender Hoyt Sze, hereby agree and stipulate as follows:

(1) On February 24, 2005, Mr. Greco appeared before the Honorable Jennifer T. Lum, United States Magistrate Judge. Magistrate Judge Lum set conditions of release which included (i) an unsecured appearance bond in the amount of $25,000, (ii) a restriction on Mr. Greco's travel to the Central District of

California and Western District of New York.

(2) On June 3, 2005, the Court approved a stipulation between the parties allowing Mr. Greco to travel to Thousand Island, New York, from June 2, 2005, to June 5, 2005, in order to attend a family vacation with his father, who was then suffering from cancer.

(3) Mr. Greco wishes to travel to Copley, Ohio, from December 5, 2005, to December 12, 2005, to meet representatives of a company called Certified Nerds to discuss computer programming business.

(4) The conditions of release should be modified to state that Mr. Greco may travel to Copley, Ohio, on or about December 5, 2005, and return to the Western District of New York on or about December 12, 2005; provided, however, that Mr. Greco shall provide a telephone number and address to his pretrial services officer where he can be reached.

(5) Ms. Lilian Cullen, who is Mr. Greco's pretrial services officer, has been informed of the foregoing stipulated modification to the conditions of release and has no objection to such modification.

//
//
//
//
//
//
//
//
//
//

(6) All other conditions of release set by Magistrate Judge Lum should remain in effect.

IT IS SO AGREED AND STIPULATED.

MARIA E. STRATTON
FEDERAL PUBLIC DEFENDER

DATED: November 30, 2005    By /s/ Hoyt Sze
HOYT SZE
Deputy Federal Public Defender

DEBRA W. YANG
UNITED STATES ATTORNEY

DATED: November __, 2005    By _____
BRIAN HOFFSTADT
Assistant United States Attorney

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: November 12/2/05, 2005    _____
HONORABLE S. JAMES OTERO
United States District Judge

3

(6) All other conditions of release set by Magistrate Judge Lum should remain in effect.

IT IS SO AGREED AND STIPULATED.

MARIA E. STRATTON
FEDERAL PUBLIC DEFENDER

DATED: November 30, 2005    By /s/ HOYT SZE
Deputy Federal Public Defender

DEBRA W. YANG
UNITED STATES ATTORNEY

DATED: November 30, 2005    By /s/ BRIAN HOFFSTADT
Assistant United States Attorney

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: November ___, 2005
_____
HONORABLE S. JAMES OTERO
United States District Judge

3

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the **STIPULATION FOR MODIFICATION OF BOND; (PROPOSED) ORDER.**

On December 1, 2005, following ordinary business practice, service was:

[X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

**BRIAN HOFFSTADT**
Assistant United States Attorney
United States Court House
312 North Spring Street, 12th
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on December 1, 2005.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
ISABEL AGUILA