Name HOYT SZE (No. 180716)
Address 321 E. 2ND STREET
City, State, Zip LOS ANGELES, CA 90012
Phone (213) 894-7336
Fax (213) 894-0081
E-Mail Hoyt_Sze@fd.org

☒ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☐ Retained

Fees Pd
Frms Gvr
CAD
TDO
Ntc/Dkt Mld
FR Frms Gvn

FILED 2005 OCT 19 PM 3:24

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CR 05-263-SJO |
| v. | |
| ANTHONY GRECO | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ANTHONY GRECO_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(b)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(c)(5)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Entered in this action on ___OCTOBER 17, 2005___.

A copy of said judgment or order is attached hereto.

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE.
DATED: 12-15-05
DEPUTY CLERK

October 18, 2005
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (10/01)                           NOTICE OF APPEAL

Entered on ICMS 12/14/05

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the **NOTICE OF APPEAL.**

On October 19, 2005, following ordinary business practice, service was:

[X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

BRIAN HOFFSTADT
Assistant United States Attorney
United States Court House
312 North Spring Street
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on October 19, 2005.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

ISABEL AGUILA