| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | CR05-00263-SJO |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Floyd Greco<br>1012 Walden Avenue # 1B<br>Cheektowaga, NY 14211 | California | Central |
| | NAME OF SENTENCING JUDGE | |
| | Honorable S. James Otero | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 8/11/06 — TO 8/10/09 |

**OFFENSE**
18 USC 1030(a)(7): Sending threatening communications with intent to extort

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Central___ DISTRICT OF ___California___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___WESTERN DISTRICT OF NEW YORK___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1/4/08_ _____
Date                                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____             _____
*Effective Date*                                  United States District Judge