OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
304 U.S. COURTHOUSE
68 COURT STREET
BUFFALO, NEW YORK 14202-3498
(716) 551-4211

1/31/2008

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - ROYBAL FEDERAL BUILDING
255 EAST TEMPLE STREET
LOS ANGELES CA 90012



RE: Transfer of Jurisdiction
2:05-CR-263 SJO

Dear Clerk:

Enclosed is one original Form 22 accepting transfer of jurisdiction of Anthony Floyd Greco.

Please forward to our Clerk's Office certified copies of papers concerning the offender, such as: the Form 22, Indictment and/or Information, Plea Agreement, Judgment and Commitment Order, Docket Sheet along with any other papers you deem necessary.

Very truly yours,

RODNEY C. EARLY, Clerk

By: /s/
Deputy Clerk

Enclosure

PROB 22
(Rev. 2/88)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | CR05-00263-SJO |
| | DOCKET NUMBER *(Rec. Court)* |

# TRANSFER OF JURISDICTION

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Floyd Greco<br>1012 Walden Avenue # 1B<br>Cheektowaga, NY 14211 | California | Central |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable S. James Otero |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 8/11/06 | 8/10/09 |

**OFFENSE**
18 USC 1030(a)(7): Sending threatening communications with intent to extort

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Central___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___WESTERN DISTRICT OF NEW YORK___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___1/4/08___   ___[signature]___
Date                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___1/24/08___   ___[signature] Richard J. Arcara___
Effective Date                United States District Judge